| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bryant, John S. | 2. Court or Organization<br><br>Middle District of Tennessee | 3. Date of Report<br><br>07/05/2015 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (full-time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>797 U.S. Courthouse<br>801 Broadway<br>Nashville, TN 37203 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Executive Board Member | Middle Tennessee Council, Boy Scouts of America |
| 2. | Co-trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 07/05/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 07/05/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 07/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank accounts (aggregated) | A | Interest | N | T | | | | | |
| 2. Northwestern Mutual Life Ins. policies (aggregated) | | None | N | T | | | | | |
| 3. Metropolitan Life Flexible Premium Life Insurance | | None | L | T | | | | | |
| 4. Brokerage account #1 | | | | | | | | | |
| 5. -- American Funds Gp: Capital Income Builder Fund | B | Dividend | K | T | Sold (part) | 01/10/14 | K | A | |
| 6. -- American Funds Gp: Growth Fund of America | B | Dividend | K | T | Sold (part) | 01/10/14 | J | B | |
| 7. -- American Funds Gp: Small Cap World Fund | B | Dividend | K | T | Sold (part) | 01/10/14 | J | C | |
| 8. -- American Funds Gp: Washington Mutual Fund | B | Dividend | K | T | Sold (part) | 01/10/14 | J | C | |
| 9. Berkshire Hathaway, Inc. class B common | | None | L | T | | | | | |
| 10. Wells Fargo & Co. common | A | Dividend | J | T | | | | | |
| 11. Janus Research Fund (IRA) | A | Dividend | M | T | | | | | |
| 12. Vanguard Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 13. Brokerage account #2 (Roll-over IRA) | | | | | | | | | |
| 14. --Accenture Ltd common | B | Dividend | L | T | | | | | |
| 15. -- Apache Corp. common | A | Dividend | L | T | | | | | |
| 16. -- Berkshire Hathaway, Inc. class B common | | None | M | T | Sold (part) | 03/20/14 | K | E | |
| 17. -- Apple Computer common | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 07/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- AT&T, Inc. common | B | Dividend | K | T | | | | | |
| 19. -- Brookdale Sr. Living, Inc. | | None | L | T | | | | | |
| 20. --Caterpillar, Inc. common | B | Dividend | L | T | | | | | |
| 21. -- Chesapeake Energy common | A | Dividend | K | T | Buy | 07/31/14 | K | | |
| 22. --Cisco Systems, Inc. common | B | Dividend | L | T | Sold (part) | 02/07/14 | J | D | |
| 23. -- same as above | | | | | Sold (part) | 06/17/14 | J | D | |
| 24. -- Corrections Corp. of America common | D | Dividend | M | T | | | | | |
| 25. -- Walt Disney Co. common | B | Dividend | M | T | | | | | |
| 26. -- Duke Energy Corp. common | C | Dividend | L | T | | | | | |
| 27. --Exxon Mobil Corp. common | C | Dividend | L | T | | | | | |
| 28. --General Electric Co. common | B | Dividend | K | T | | | | | |
| 29. -- HCA Holdings, Inc. common | | None | M | T | | | | | |
| 30. -- HCP, Inc. common | C | Dividend | M | T | | | | | |
| 31. -- Home Depot, Inc. common | C | Dividend | M | T | Sold (part) | 09/16/14 | K | E | |
| 32. -- Intel Corp. common | C | Dividend | M | T | | | | | |
| 33. -- International Business Machines, Inc. common | B | Dividend | | | Sold | 12/04/14 | K | D | |
| 34. -- Johnson & Johnson common | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 07/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Level 3 Communications common | | None | L | T | | | | | |
| 36. -- Merck & Co. common | B | Dividend | L | T | | | | | |
| 37. -- Microsoft, Inc. common | B | Dividend | L | T | | | | | |
| 38. -- Mondelez International, Inc. common | A | Dividend | L | T | Buy (add'l) | 06/25/14 | K | | |
| 39. -- Philip Morris International, Inc. common | C | Dividend | L | T | | | | | |
| 40. -- Procter & Gamble Co. common | C | Dividend | L | T | | | | | |
| 41. -- Republic Services, Inc. common | B | Dividend | L | T | | | | | |
| 42. -- Royal Dutch Shell class A common | B | Dividend | K | T | | | | | |
| 43. -- Schlumberger Ltd. common | C | Dividend | M | T | Sold (part) | 07/01/14 | K | E | |
| 44. --Sysco Corp. common | B | Dividend | L | T | Sold (part) | 02/07/14 | J | D | |
| 45. -- Twenty-first Century Fox, Inc. class B common | | | K | T | Buy | 09/25/14 | K | | |
| 46. -- United Parcel Service, Inc. class B common | B | Dividend | L | T | | | | | |
| 47. -- United Technologies Corp. common | C | Dividend | M | T | Sold (part) | 01/09/14 | K | E | |
| 48. -- Verizon Communications common | A | Dividend | K | T | Buy | 02/24/14 | K | | |
| 49. -- same as above | | | | | Sold (part) | 02/24/14 | J | A | |
| 50. -- Vodaphone Group PLC ADS common | E | Dividend | L | T | Sold (part) | 02/24/14 | J | | |
| 51. -- same as above | | | | | Buy (add'l) | 06/10/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 07/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- same as above | | | | | Sold (part) | 11/17/14 | J | A | |
| 53. -- Wal-Mart Stores, Inc. common | B | Dividend | M | T | | | | | |
| 54. -- Zoetis, Inc. | A | Dividend | K | T | Buy | 02/21/14 | K | | |
| 55. -- ADT Corp. Notes -- NonCall 2.250% due 7-15-17 | A | Int./Div. | K | T | | | | | |
| 56. -- Block Financial Corp. Global Notes 5.125% | B | Int./Div. | | | Sold | 10/30/14 | K | A | |
| 57. -- Brookdale Sr. Living Sr. Conv. Notes 2.75% due 6/15/18 | A | Int./Div. | K | T | | | | | |
| 58. -- Goldman Sachs Group, Inc. Notes due 8-15-17 | B | Int./Div. | K | T | | | | | |
| 59. -- St. Paul Travelers Inc. Senior Notes due 12-01-15 | B | Int./Div. | K | T | | | | | |
| 60. --Burlington Northern Corp. Sr. Notes (Berkshire Hathaway) | B | Int./Div. | K | T | | | | | |
| 61. -- Computer Sciences Corp. Sr. Notes 6.5% Due 3-15-18 | B | Int./Div. | K | T | | | | | |
| 62. -- HanesBrands, Inc. Sr. Notes -- Callable 12/15/15 | C | Int./Div. | L | T | Buy (add'l) | 02/06/14 | K | | |
| 63. -- HCA Sr. Notes 6.375% due 1/15/15 | C | Int./Div. | K | T | | | | | |
| 64. -- HCA Inc. Sr. Notes -- Callable 8/15/14 | | | | | Sold | 04/02/14 | K | A | |
| 65. -- HCA Sr. Notes -- callable 3/15/15 | B | Int./Div. | | | Sold | 11/06/14 | K | A | |
| 66. -- HCA Holdings -- callable 11/15/15 7.750% due 5-15-21 | A | Int./Div. | K | T | Buy | 11/07/14 | K | | |
| 67. -- Icahn Enterprises LP/Corp. Sr. Notes -- 1/15/14 | C | Int./Div. | | | Sold | 01/21/14 | L | A | |
| 68. -- Icahn Enterprises LP/Corp. Sr. Notes callable 2-1-17 | B | Int./Div. | L | T | Buy | 01/24/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 07/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Icahn Enterprises LP/Corp. Sr. Notes callable 7/15/16 | A | Int./Div. | K | T | Buy | 08/01/14 | K | | |
| 70. -- Metro Nashville Airport Authority Bonds | B | Int./Div. | K | T | | | | | |
| 71. -- Tensoro Corp. Sr. Notes -- Callable 6/1/14 @ 104.875 | A | Int./Div. | | | Sold | 04/03/14 | K | A | |
| 72. -- United Rentals Inc. Sr. Notes callable 7/15/15 | A | Int./Div. | K | T | Buy | 02/27/14 | K | | |
| 73. -- Vulcan Materials Co. Sr. Notes 6.5% due 12/1/16 | A | Int./Div. | K | T | Sold (part) | 03/10/14 | K | C | |
| 74. -- J.P. Morgan Callable Yield Notes due 11/3/16 | | | K | T | Buy | 10/31/14 | K | | |
| 75. -- Schwab Advisor Cash Reserves -- Premier | A | Dividend | M | T | | | | | |
| 76. Manulife Financial Corp. Common Stock | A | Dividend | K | T | | | | | |
| 77. Trust # 1 | | | | | | | | | |
| 78. -- Accenture Ltd. common | A | Dividend | K | T | Buy (add'l) | 08/15/14 | J | | |
| 79. -- Apache Corp. common | A | Dividend | J | T | Buy (add'l) | 08/15/14 | J | | |
| 80. -- same as above | | | | | Sold (part) | 11/28/14 | J | A | |
| 81. -- Apple Computer common | A | Dividend | K | T | Sold (part) | 08/15/14 | J | A | |
| 82. -- Berkshire Hathaway Inc. Class B | | None | K | T | Sold (part) | 03/20/14 | J | C | |
| 83. -- Brookdale Sr. Living, Inc. common | | None | J | T | | | | | |
| 84. -- Caterpillar, Inc. common | A | Dividend | K | T | Buy (add'l) | 08/15/14 | J | | |
| 85. -- Coca Cola Co. common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 07/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Corrections Corp. of America common | B | Dividend | K | T | Buy (add'l) | 08/15/14 | J | | |
| 87. -- Duke Energy Corp. common | A | Dividend | K | T | Sold (part) | 01/30/14 | J | B | |
| 88. -- same as above | | | | | Buy (add'l) | 08/15/14 | J | | |
| 89. -- Exxon Mobil Corp. common | A | Dividend | K | T | Buy (add'l) | 08/15/14 | J | | |
| 90. -- General Electric Co. common | A | Dividend | K | T | Buy | 02/21/14 | J | | |
| 91. -- same as bove | | | | | Buy (add'l) | 08/15/14 | J | | |
| 92. --HCA Holdings, Inc. common | | None | K | T | Sold (part) | 06/23/14 | J | C | |
| 93. -- same as above | | | | | Sold (part) | 08/15/14 | J | C | |
| 94. -- HCP Inc. common | B | Dividend | K | T | Buy (add'l) | 08/15/14 | J | | |
| 95. -- Intel corp. common | A | Dividend | K | T | Sold (part) | 08/15/14 | J | B | |
| 96. -- International Business Machines, Inc. common | A | Dividend | | | Sold (part) | 07/24/14 | J | C | |
| 97. -- same as above | | | | | Sold | 08/15/14 | K | D | |
| 98. -- Johnson & Johnson common | A | Dividend | K | T | Buy (add'l) | 08/15/14 | J | | |
| 99. -- Level 3 Communications common | | None | K | T | Buy (add'l) | 08/15/14 | J | | |
| 100. -- Lowes Companies common | A | Dividend | K | T | Sold (part) | 12/05/14 | J | C | |
| 101. -- Philip Morris International, Inc. common | B | Dividend | K | T | Buy (add'l) | 08/15/14 | J | | |
| 102. -- Roche Holdings common | A | Dividend | K | T | Sold (part) | 09/18/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 07/05/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Schlumberger Ltd. common | A | Dividend | K | T | Buy (add'l) | 08/15/14 | J | | |
| 104. -- United Parcel Service, Inc. class B common | A | Dividend | K | T | Buy (add'l) | 08/15/14 | J | | |
| 105. -- United Technologies Corp. common | A | Dividend | K | T | Buy (add'l) | 08/15/14 | J | | |
| 106. -- Verizon Communications common | A | Dividend | K | T | Buy | 02/24/14 | J | | |
| 107. -- same as above | | | | | Sold (part) | 02/24/14 | J | A | |
| 108. -- same as above | | | | | Buy (add'l) | 08/15/14 | J | | |
| 109. -- Vodaphone Group PLC ADS common | D | Dividend | | | Sold | 07/24/14 | J | A | |
| 110. --Wal-Mart Stores, Inc. common | A | Dividend | K | T | Buy (add'l) | 08/15/14 | J | | |
| 111. -- Walt Disney Co. common | | None | J | T | Sold (part) | 08/15/14 | J | B | |
| 112. -- Wells Fargo & Co. common | D | Dividend | N | T | Sold (part) | 08/15/14 | J | A | |
| 113. -- MFS Mass. Investors Growth Stock Fund | | None | | | Sold | 08/15/14 | K | D | |
| 114. -- Schwab Advisor Cash Reserves -- Sweep | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 07/05/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The Verizon Notes -- Noncall 6.125% due 3/1/12 were erroneously reported among assets in the 12/31/2013 report. These notes were sold in an earlier year and should have been deleted from the 2013 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 07/05/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ John S. Bryant**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544